AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*       DISTRICT OF   NEVADA

LINWOOD EDWARD TRACY, JR.,

      Plaintiff,   JUDGMENT IN A CIVIL CASE
V.

      CASE NUMBER: **3:09-CV-00247-ECR-VPC**

WILLIAM G. ROGERS, et al.,

      Defendants.

___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** THAT this case is <u>DISMISSED</u> as the sanction for Plaintiff's violations of Rule 11(b).

  August 6, 2009                       **LANCE S. WILSON**
                                                     Clerk

                                                          D. R. Morgan
                                                         Deputy Clerk